■ CLARENCE SEWARD, Appellant, et al., Plaintiffs, v. JOHN R. MOTZ, as Administrator of the Estate of HELEN G. MOTZ, Deceased, Respondent.— Judgment insofar as appealed from and order unanimously reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, unless the defendant shall, within 10 days, stipulate to increase the verdict to the sum of $25,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, with costs to the appellant. Memorandum: The verdict of the jury was so inadequate as to shock judicial conscience. (Appeal from part of a judgment of Niagara Trial Term for plaintiff in an automobile negligence action; also appeal from order denying a motion for a new trial.) Present — Bastow, J. P., Goldman, Henry, Noonan and Del Vecchio, JJ.